UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

**BARBARA BOLZ,**

    Plaintiff,

v.     NO. 5:20-CV-185-MAS

**ANDREW SAUL,**
**Commissioner of Social Security,**

    Defendant.

## JUDGMENT

Consistent with the contemporaneously entered Opinion & Order resolving the summary judgment cross-motions in this case, the Court **ORDERS** and **ADJUDGES** as follows:

1. The Court **REVERSES** the underlying agency decision;

2. The Court **REMANDS** this matter for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g); and

3. The Court **STRIKES** this matter from its active docket.

This the 27th day of September, 2021.



Signed By:
Matthew A. Stinnett
United States Magistrate Judge